**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LG ENERGY SOLUTION ARIZONA, INC AND LG ENERGY SOLUTION LTD.,<br><br>Plaintiffs (Complainants),<br><br>v.<br><br>EVE ENERGY CO., LTD, EVE ENERGY NORTH AMERICA CORPORATION, AND EVE ENERGY US HOLDING LLC,<br><br>Defendants (Respondents). | Case No. 26-mc-161 (JMC) |

**ORDER**

EVE Energy Co., Ltd., EVE Energy North America Corporation, and EVE Energy US Holding LLC's motion seeking the issuance of letter of request for international judicial assistance, ECF 1, is hereby **GRANTED**. The letter will be signed and sealed on this date. It is further **ORDERED** that this matter is hereby terminated on the active miscellaneous docket of this Court.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: November 13, 2026